IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 12 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | **1:24 CR 00223** |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| JORI EZELL, aka JORI JONES, ) | Section 922(g)(1) and 924(a)(8) |
| ) | |
| Defendant. ) | **JUDGE ADAMS** |

COUNT 1
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about May 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant JORI EZELL, aka JORI JONES, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Interstate Travel in Aid of Racketeering, on or about March 7, 2022, in Case Number 1:21CR438, in the United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce firearms, to wit: a Rohm, model RG23, .22 caliber revolver with no visible serial number; a Smith & Wesson, model M&P Compact, .22 caliber semi-automatic, serial number HHK4405, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant JORI EZELL, aka JORI JONES, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.